IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENERAL METALS OF TACOMA, INC., a Washington Corporation and ARKEMA INC., a Pennsylvania Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BEAN ENVIRONMENTAL LLC, a Delaware limited liability company and BEAN DREDGING LLC, a Louisiana limited liability company,<br><br>　　　　　　Defendants. | Misc. No. _____<br><br>Case Pending in the Western District of Washington<br><br>Case No: CV05-5306 RBL |

**GENERAL METALS OF TACOMA, INC.'S MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA SERVED ON BOSKALIS WESTMINSTER, INC. FOR ATTENDANCE AT A DEPOSITION** *DUCES TECUM*

General Metals of Tacoma, Inc. ("General Metals") hereby moves to enforce compliance with the subpoena served on Boskalis Westminster, Inc. for attendance at a deposition *duces tecum*. The legal and factual bases for General Metals' Motion are set forth in the accompanying Brief.

Of Counsel:

Thomas W. Falkner
WILLIAMS, KASTNER &
　GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98111
Telephone: (206) 628-5999

_/s/ James W. Semple_
James W. Semple (I.D. No. 396)
Fotini Antonia Skouvakis (I.D. No. 4793)
MORRIS, JAMES, HITCHENS &
　WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: jsemple@morrisjames.com
　　　　fskouvakis@morrisjames.com

DATED: August 28, 2006

*Attorneys for General Metals of Tacoma, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENERAL METALS OF TACOMA, INC., a Washington Corporation and ARKEMA INC., a Pennsylvania Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BEAN ENVIRONMENTAL LLC, a Delaware limited liability company and BEAN DREDGING LLC, a Louisiana limited liability company,<br><br>　　　　　　Defendants. | Misc. No. _____<br><br>Case Pending in the Western District of Washington<br><br>Case No. CV05-5306 RBL |

**RULE 7.1.1 CERTIFICATION**

Counsel for General Metals of Tacoma, Inc., hereby certifies that opposing counsel was contacted in an effort to resolve this issue to no avail.

Of Counsel:

Thomas W. Falkner
WILLIAMS, KASTNER &
　GIBBS PLLC
601 Union Street, Suite 4100
Seattle, Washington 98111
Telephone: (206) 628-5999

_____
James W. Semple (I.D. No. 396)
Fotini Antonia Skouvakis (I.D. No. 4793)
MORRIS, JAMES, HITCHENS &
　WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
Email: jsemple@morrisjames.com
　　　　fskouvakis@morrisjames.com

*Attorneys for General Metals of Tacoma, Inc.*

DATED: August 28, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENERAL METALS OF TACOMA, INC., a Washington Corporation and ARKEMA INC., a Pennsylvania Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BEAN ENVIRONMENTAL LLC, a Delaware limited liability company and BEAN DREDGING LLC, a Louisiana limited liability company,<br><br>　　　　　　Defendants. | Misc. No. _____<br><br>Case Pending in the Western District of Washington<br><br>Case No. CV05-5306 RBL |

## ORDER

Upon Consideration of General Metals of Tacoma, Inc.'s Motion To Compel Compliance with the Subpoena Served on Boskalis Westminster Inc. for Attendance at a Deposition *Duces Tecum*, the supporting and opposing memoranda, and the entire record herein, it is, by the Court, this \_\_\_\_\_ day of _____, 2006:

ORDERED that General Metals of Tacoma, Inc.'s Motion To Compel shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED that Boskalis Westminster, Inc. shall be, and hereby is, directed to appear at a deposition at Wilcox & Fetzer, 1330 King Street, Wilmington, Delaware, and produce documents responsive to General Metals of Tacoma, Inc.'s subpoena *duces tecum* within ten (10) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

It is hereby certified that this 28th day of August, 2006, copies of the forgoing document, **General Metals of Tacoma, Inc.'s Motion To Compel Compliance with the Subpoena Served on Boskalis Westminster, Inc. for Attendance at a Deposition *Duces Tecum***, were hereby served as indicated.

| | |
|---|---|
| William F. Cronin<br>Kevin J. Craig<br>Corr Cronin Michelson<br>Baumgardner & Preece LLP<br>1001 Fourth Avenue, Suite 3900<br>Seattle, WA 98154-1051<br><br>*Attorneys for Defendants*<br>*Bean Environmental L.L.C. and*<br>*Bean Dredging L.L.C.* | ☑ **Via Federal Express**<br>☐ **Via Facsimile**<br>☐ **Via U.S. Mail**<br>☐ **Via Electronic Mail** |
| David Groff<br>Marisa Bavand<br>Groff Murphy Trachtenberg<br>300 East Pine Street<br>Seattle, WA 98122<br><br>*Attorneys for Plaintiff Arkema, Inc.* | ☑ **Via Federal Express**<br>☐ **Via Facsimile**<br>☐ **Via U.S. Mail**<br>☐ **Via Electronic Mail** |
| Jeffrey F. Lawrence<br>Heather M. Spring<br>Sher & Blackwell<br>1850 M Street, N.W.<br>Washington, D.C. 20036<br><br>*Attorneys for Stuyvesant Dredging Co.* | ☑ **Via Federal Express**<br>☐ **Via Facsimile**<br>☐ **Via U.S. Mail**<br>☐ **Via Electronic Mail** |

| | |
|---|---|
| Registered Agent: 9000010<br>Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>*Registered Agent for Boskalis Westminster, Inc.* | ☐ Via Federal Express<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via Hand Delivery |

Fotini Antonia Skouvakis (I.D. No. 4793)

1449080/1